No. 4159.—R.R. MADRES CARMELITAS CALZADAS, apda., *v.* PÉREZ CABANELAS, aplte.—C. D. San Juan.  Febrero 1, 1927. Desestimado el recurso por no haberse presentado la transcripción de la evidencia a pesar de las prórrogas concedidas, y por no haberse radicado en este tribunal el legajo de la sentencia.

No. 2944.—PUEBLO, apdo., *v.* ESTEVES, aplte.—C. D. Aguadilla.  Infracción a las ordenanzas municipales.  Febrero 3, 1927.  Celebrada la vista de esta apelación con asistencia solamente del fiscal, examinados los autos y los alegatos, y apareciendo que la corte inferior erró al apreciar la prueba, toda vez que habiéndose alegado en la acusación haber violado el acusado cierta ordenanza del municipio de San Sebastián por haber hecho reparaciones en una casa de su propiedad cambiando su forma y estructura sin haber obtenido la autorización de la asamblea municipal, resulta de la evidencia que el acusado únicamente hizo ligeras reparaciones consistentes en poner nuevos balaustres al balcón, forrar el seto del frente con zinc, etc., sin que como declara el mismo denunciante y demás testigos de cargo la casa váriara en su forma o estructura, y estando además conforme el fiscal en el error cometido, allanándose a la revocación, *se revocó* la sentencia apelada.

No. 3034.—PUEBLO, apdo., *v.* FIGUEROA, aplte.—C. D. San Juan.  Infracción al artículo 287 del Código Penal.  Febrero 8, 1927.  Apareciendo de la moción del abogado del acusado en este caso, radicada el día 2 del corriente, que dicho acusado dejó de existir, *no ha lugar* a continuar la tramitación del recurso como pretende el expresado abogado, y se archivó la apelación por fallecimiento del acusado.